UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEVIN JACKSON                                         CIVIL ACTION

VERSUS

NSA, ET AL.                                           NO. 22-00273-BAJ-RLB

## RULING AND ORDER

Before the Court is the Complaint (Doc. 1) filed by Plaintiff Devin Jackson. Plaintiff's allegations are devoid of any factual content that would allow a court to draw a reasonable inference of liability on the part of the named Defendants. The Magistrate Judge has issued a **Report and Recommendation (Doc. 8)**, recommending that the Court dismiss without prejudice Plaintiff's claims against Defendants. (*Id.* at p. 6). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

1

Accordingly,

**IT IS ORDERED, ADJUDGED, and DECREED** that the above caption action be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 31st day of August, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**